GAM

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District Eastern | |
|---|---|---|
| Name (under which you were convicted) Aki Jones | | Docket or Case No. 19 4650 |
| Place of Confinement: SCI Fayette | | Prisoner No.: KP-4179 |
| Petitioner (include the name under which you were convicted) Aki Jones | v. | Respondent (authorized person having custody of petitioner) Superintendent Capozza |
| The Attorney General of the State of Pennsylvania | | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Court of Common Pleas, Philadelphia County

    (b) Criminal docket or case number (if you know): CP-51-CR-0003683-2014

2. (a) Date of the judgment of conviction (if you know): June 15, 2015

    (b) Date of sentencing: September 21, 2015

3. Length of sentence: 25 to 50 years imprisonment

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☒   No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Attempted Murder, Aggravated Assault, Intimidation of a Witness, and Conspiracy.

6. (a) What was your plea? (Check one)

    (1) Not guilty ☒   (3) Nolo contendere (no contest) ☐

    (2) Guilty ☐   (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☒        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?

    Yes ☒  No ☐

9. If you did appeal, answer the following:

(a) Name of court: __Superior Court of Pennsylvania__

(b) Docket or case number (if you know): __3017 EDA 2015__

(c) Result. __Affirmed__

(d) Date of result (if you know): __N/A__

(e) Citation to the case (if you know): __Commonwealth v. Aki Jones, 159 A.3d 55,__

(f) Grounds raised: __N/A__

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?  Yes ☒  No ☐

    If yes, answer the following:

    (1) Name of court· __PCRA Court__

    (2) Docket or case number (if you know): __CP-51-CR-0003683-2014__

    (3) Result: __Affirmed__

    _____

    (4) Date of result (if you know): __February 27, 2019__

    (5) Citation to the case (if you know): __N/A__

    (6) Grounds raised: __Trial counsel ineffective for (i) failing to__
__call Jacque Walker as a witness (ii) failing to present__
__a handwriting expert (iii) failing to file a motion in__
__limine concerning prior bad acts and (iv) the grand jury__
__process improperly restricted access to discovery.__

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes☒ No ☐

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __Kindly refer to page 3, para. 9(q).__

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☒

(7) Result: __Affirmed__

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     Yes ❏ No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

     Yes ❏ No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)  First petition.     Yes ❏ No ❏

(2)  Second petition:    Yes ❏ No ❏

(3)  Third petition.     Yes ❏ No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States  Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Petitioner was deprived effective assistance of counsel by his failure to call Jacque Walker.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Jacque Walker authored a correspondence which appears that Petitioner was behind. On the advise of counsel, Petitioner did not testify so the contents of the letter was not refuted. Petitioner was prejudiced by virtue that counsel's omission precluded testimony that Walker acted on his own behalf/someone other than Petitioner.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition    PCRA petition

Name and location of the court where the motion or petition was filed.   Philadelphia

Docket or case number (if you know)   CP-51-CR-0003683-2014

Date of the court's decision:  February 27, 2019

Result (attach a copy of the court's opinion or order, if available): __Affirmed__

(3) Did you receive a hearing on your motion or petition?

    Yes ❑ No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ☒ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☒ No ❑

(6) If your answer to Question (d)(4) is "Yes," state.

Name and location of the court where the appeal was filed __Superior Court of Pennsyl-__
__vania__

Docket or case number (if you know): __8353 EDA 2017__

Date of the court's decision: __February 27, 2019__

Result (attach a copy of the court's opinion or order, if available): __Affirmed__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** __Petitioner was deprived effective assistance of counsel by counsel's failure to call an expert witness.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __The Commonwealth introduced a letter that was never authenticated by an expert; instead, the state courts unreasonably concluded that witnesses testimony to the contents of the letter was satisfied authentication and author of the letter.__

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒ No ❑

(2) If your answer to Question (d)(1) is "Yes," state.

Type of motion or petition: ___PCRA Petition_____

Name and location of the court where the motion or petition was filed: _Philadelphia_____

_____

Docket or case number (if you know). ___CP-51-CR-0003683-2014_____

Date of the court's decision· ___February 27, 2019_____

Result (attach a copy of the court's opinion or order, if available): _Affirmed_____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ❑

(6) If your answer to Question (d)(4) is "Yes," state.

Name and location of the court where the appeal was filed. ___Superior Court of Pennsyl-

vania_____

Docket or case number (if you know)· ___8353 EDA 2017_____

Date of the court's decision: ___February 27, 2019_____

Result (attach a copy of the court's opinion or order, if available): _Affirmed_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue.

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** Petitioner was deproved effective assistance of counsel by counsel's failure to exclude bad acts evidence.

(a) Supporting facts (Do not argue or cite law Just state the specific facts that support your claim.)· The Commonwealth introduced a witness who testified Petitioner committed other criminal acts. Specially, he testified that Petitioner put a weapon to a juviniles head. He testified that he observed Petitioner commit this crime.

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state

Type of motion or petition   PCRA Petition

Name and location of the court where the motion or petition was filed·  Philadelphia

_____

Docket or case number (if you know): CP-51-CR-0003683-2014

Date of the court's decision: February 27, 2019

Result (attach a copy of the court's opinion or order, if available): Affirmed

(3) Did you receive a hearing on your motion or petition?

Yes ❑  No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Superior Court of Pennsyl-vania

Docket or case number (if you know): 8353 EDA 2017

Date of the court's decision: February 27, 2019

Result (attach a copy of the court's opinion or order, if available): Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** Petitioner maintains that his constitutional rights were violated by virtue discovery was restricted by grand jury.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The grand jury process improperly restricted his right to discovery. As a result, he did not know Flora McMillan and Jacque Walker provided statements untill trial.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☒  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state.

    Type of motion or petition: ___PCRA Petition___

    Name and location of the court where the motion or petition was filed: Philadelphia

    Docket or case number (if you know): CP-51-CR-0003683-2014

    Date of the court's decision: February 27, 2019

    Result (attach a copy of the court's opinion or order, if available): Affirmed

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑  No ☒

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑  No ☒

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☒  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state.

    Name and location of the court where the appeal was filed: Superior Court of Pennsyl-vania

    Docket or case number (if you know): 8353 EDA 2017

    Date of the court's decision: February 27, 2019

    Result (attach a copy of the court's opinion or order, if available): Affirmed

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?        Yes ❏  No ❏
   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   _____

   _____

   _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

   _____

   _____

   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?        Yes ❏  No ❏
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

   _____

   _____

   _____

   _____

   _____

   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ❑   No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ❑ No ❑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❑ No ❑

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of - -
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: That this matter be remanded to the state court thus Petitioner may review dis- covery and adequately adderss the charges filed in this case.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____

_____ (month, date, year).

Executed (signed) on _____ (date) 9|26|19

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

\* \* \* \* \*

PAE AO 241
(Rev 05/2018

Page 1



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OCT   7   2019

### Petition for Relief from a Conviction or Sentence
### By a Person in State Custody
### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

## INSTRUCTIONS

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from conviction of the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Your habeas corpus petition must be filed within the 1-year statute of limitations time limit set forth in 28 U.S.C. § 2244(d)(1). (There are limited circumstances in which the petition may be amended, within the one-year time period, to add additional claims or facts, see Federal Rules of Civil Procedure 15; or amended after the one-year period expires, in order to clarify or amplify claims which were timely presented, see United States v. Thomas, 221 F. 3d 430 (3d Cir. 2000)).

4. Make sure the form is typed or neatly written.

5. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

6. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or argument, you must submit them in a separate memorandum.

7. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out an Application to Proceed in District Court without Prepaying Fees or Costs. **Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.**

PAE AO 241
(Rev 05/2018

Page 2

8.    In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

9.    As required by 28 U.S.C. § 2254(b)(1), you must have exhausted all claims that you are making in your petition. This means that every claim must have been presented to each level of the state courts. If you file a petition that contains claims that are not exhausted, the federal court will dismiss your petition. 28 U.S.C. § 2254(b)(2) provides that the federal court may deny your petition on the merits even if you have not exhausted your remedies.

10.   As required by 28 U.S.C. § 2244(b)(1), a federal court must dismiss any claim in a second or successive habeas corpus petition that was presented in a prior habeas corpus petition.

11.   As required by 28 U.S.C. § 2244(b)(2), a federal court must dismiss any claim in a second or successive habeas corpus petition that was not presented in a prior habeas corpus petition unless you show:

    (A)    the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the U.S. Supreme Court, that was previously unavailable; or

    (B)    (i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence, and (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable fact finder would have found you guilty of the offense in question.

Before such a second or successive petition may be filed in the district court, however, the petitioner must move in the court of appeals for an Order authorizing the district court to consider the petition. Petitioner's motion for such an Order must be determined by a three judge panel of the court of appeals, which must grant or deny the motion within 30 days. The court of appeals may grant the motion only if it determines that the petition makes a prima facie showing that it satisfies either (A) or (B) above.

12.   When you have completed this form, send the original and **these instructions** to the Clerk of the United States District Court at this address:

        **Clerk**
        **United States District Court**
        **for the Eastern District of Pennsylvania**
        **601 Market Street, Room 2609**
        **Philadelphia, PA 19106**

September 26, 2019

Office of Clerk
United States District Court
for the Eastern District of
Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106

      Re: <u>Habeas Coupus Petition</u>
           No. CP-51-CR-0003683-2014

To The Clerk:

    Enclosed please find original and two copies of the habeas corpus petition submitted in the above entitled matter.

    Kindly process.


                  Respectfully


                  Aki Jones, KP-4179
                  48 Overlook Drive
                  LaBelle, PA 15450

IJ/
cc:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GAM

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Jones | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. **19    4650** |
| Capozza, et. al. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          **2254** (☒)

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human
   Services denying plaintiff Social Security Benefits.                           (☐)

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (☐)

(d) Asbestos – Cases involving claims for personal injury or property damage from
   exposure to asbestos.                                                         (☐)

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
   commonly referred to as complex and that need special or intense management by
   the court. (See reverse side of this form for a detailed explanation of special
   management cases.                                                             (☐)

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (☐)

| | | |
|---|---|---|
| OCT - 7 2019 | Daniel McCormack | |
| **Date** | **Deputy Clerk** | **Attorney for** |

| | | |
|---|---|---|
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Clv. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAM

**19   4650**

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____          48 Overlook Drive, LaBelle, PA 15450

Address of Defendant: _____

Place of Accident, Incident, or Transaction: _____     Philadelphia

---

*RELATED CASE, IF ANY:*

Case Number _____     Judge _____     Date Terminated _____

Civil cases are deemed related when *Yes* is answered to any of the following questions

| | | | |
|---|---|---|---|
| 1 | Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? | Yes | No |
| 2 | Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? | Yes | No |
| 3. | Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? | Yes | No |
| 4 | Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? | Yes | No |

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE 10/07/2019     *Daniel McGunnel*
                     *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I D # (if applicable)*

---

CIVIL: (Place a √ in one category only)

**A.**     *Federal Question Cases:*          **B.**     *Diversity Jurisdiction Cases:*

| | | |
|---|---|---|
| ☐ 1 | Indemnity Contract, Marine Contract, and All Other Contracts | ☐ 1 | Insurance Contract and Other Contracts |
| ☐ 2 | FELA | ☐ 2 | Airplane Personal Injury |
| ☐ 3 | Jones Act-Personal Injury | ☐ 3 | Assault, Defamation |
| ☐ 4 | Antitrust | ☐ 4 | Marine Personal Injury |
| ☐ 5 | Patent | ☐ 5 | Motor Vehicle Personal Injury |
| ☐ 6 | Labor-Management Relations | ☐ 6. | Other Personal Injury *(Please specify)* |
| ☐ 7 | Civil Rights | ☐ 7 | Products Liability |
| ☑ 8 | Habeas Corpus   2254 | ☐ 8 | Products Liability – Asbestos |
| ☐ 9 | Securities Act(s) Cases | ☐ 9 | All other Diversity Cases |
| ☐ 10 | Social Security Review Cases | | *(Please specify)* |
| ☐ 11 | All other Federal Question Cases *(Please specify)* | | |

---

### ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, _____ , counsel of record *or* pro se plaintiff, do hereby certify

☐  Pursuant to Local Civil Rule 53 2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 00 exclusive of interest and costs

☐  Relief other than monetary damages is sought.

DATE _____          _____
                     *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I D # (if applicable)*

NOTE  A trial de novo will be a trial by jury only if there has been compliance with F R C P 38

ALi. JONES # KP4179
SCi FAYETTE
48 OVERDRIVE ROAD
LABELLE, PA 15450

OFFICE
UNITED
FOR THE
601 MAR
PHILADE

INMATE MAIL-PA
Department of Corrections

U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 15450
02 4W
0000354482 OCT 03 2019
$ 002.20⁰



U.S.M.S.
X-RAY

OF CLERK

STATES DISTRICT COURT

EASTERN DISTRICT OF PA

KET STREET, ROOM 2609.

hia, PA 19106