IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AKI JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 19-4650 |
| SUPERINTENDENT CAPOZZA, et al. | : | |

**O R D E R**

AND NOW, this 17th day of June, 2020, upon consideration of Petitioner's Motion to File an Amended Petition, IT IS ORDERED that the motion (Doc. No. 9) is GRANTED and Petitioner, having retained counsel and due to counsel's difficulties in obtaining documents due to the current health crisis, shall have until September 17, 2020, to file an Amended Petition[1]. It is FURTHER ORDERED that Respondents time to file a Response is hereby extended and Respondents shall have until November 16, 2020 to file a Response to the Amended Petition.

BY THE COURT

/s/Jacob P. Hart
_____
JACOB P. HART, MJ

---

[1] This Motion was filed on April 5, 2020, seeking 90 days from the date of the Order. The Court has had contact with Petitioner's counsel and has been informed that she still has been unable to obtain the necessary documents from Petitioner and from his state court counsel due to restrictions in place as a result of the health crisis. As a result, the Court will give Petitioner 90 days from the date of this Order to file the Amended Petition.