# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKI JONES | : |
| | : |
| v. | : CIVIL ACTION NO. 19-4650 |
| | : |
| SUPERINTENDENT CAPOZZA, ET AL. | : |

## ORDER

This 11th day of August, 2022, upon careful and independent consideration of the petition for writ of habeas corpus, response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and consideration of Petitioner's objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's objections are **OVERRULED**.

3. The petition for a writ of habeas corpus is **DENIED** and **DISMISSED**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling; and

5. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge